BENVENEDA B. DAVIS v. THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GRACE H. MURRAY and Others v. THE CITY OF NEW YORK and FRANK H. APPLETON, as Successor Trustee, etc., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GERTRUDE E. TAYLOR, as Executrix, etc., of HARRY N. TAYLOR, Deceased. EILEEN LOUISE TAYLOR HURLEY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERMAN BRANDT v. MARTIN L. COHN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SALVATORE J. ALIOTTA and Others v. JAMES E. FINEGAN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FLORENCE LIPMAN, Also Known as FLORENCE V. SCHORPF v. FREDERICK M. SCHILDWACHTER & SONS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument and for further relief denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FLORENCE LIPMAN, Also Known as FLORENCE V. SCHORPF v. FREDERICK M. SCHILDWACHTER & SONS, INC.— Motion denied and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (January 28, 1938.)

THE WESTHOME SECURITY CORPORATION, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Defendant, Appellant, Respondent, and THE NEW YORK TRUST COMPANY, Impleaded Defendant, Appellant, Respondent, SANITENE PRODUCTS, INC., and BRUCE A. ELLIS, Impleaded Defendants, Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs to the defendant The National City Bank of New York against the plaintiff, costs to defendant The New York Trust Company against The National City Bank of New York, and costs to Sanitene Products, Inc., and Bruce A. Ellis against The New York Trust Company. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.